Brian P. Fay
Angel, Coil & Bartlett
125 West Mendenhall
Bozeman, MT 59715
Phone: (406)586-3084
FAX: (406) 585-7654
Attorney for Defendant
Toby McAdam

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>TOBY MCADAM,<br> d/b/a RISINGSUN HERBAL<br>      HEALTH CORP.,<br> d/b/a RISINGSUN HEALTH,<br> d/b/a RISINGSUN<br>      NUTRITIONAL CORP.<br> d/b/a RISINGSUN<br>      MINISTRIES,<br> d/b/a NUTRITIONAL<br>      SUPPLEMENTS, INC.<br> d/b/a MCADAM HEALTH<br>      ENTERPRISES CORP.<br><br>             Defendant. | Cause No. CR 15-118-BLG-SPW |

**DEFENDANT'S MOTION TO SCHEDULE CHANGE OF PLEA HEARING**

      COMES NOW, the defendant, Toby McAdam, by and through his attorney of record, Brian P. Fay of Angel, Coil & Bartlett, Attorneys at Law, and hereby moves the Court to set this matter for a Change of Plea Hearing. As grounds for this motion McAdam states that the parties have entered into a written plea agreement.

Respectfully submitted this 21st day of November, 2015.

Angel, Coil & Bartlett

/s/ Brian P. Fay
Brian P. Fay
Attorney for Defendant
Toby McAdam